UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INGE T. ANDERSON,

    Plaintiff,

v.

SCOTT ALAN ANDERSON,

    Defendant.

NO. C17-0891RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On August 7, 2018, plaintiff filed an "Amended Complaint." Dkt. # 25. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), plaintiff's opportunity to amend her complaint as a matter of course expired in 2017, twenty-one days after the motions to dismiss were filed. At this point in the litigation, plaintiff must obtain leave of Court (following the procedures set forth in LCR 15) or consent of the opposing party before amending her complaint. There is no indication in the record that she has done so.

Plaintiff is hereby ORDERED TO SHOW CAUSE within seven days of the date of this Order why the "Amended Complaint" should not be stricken. If she is unable to obtain the consent of defendant within the allotted time, she shall file a properly supported motion that requests leave to amend and is noted on the Court's calendar for the third Friday after filing.

ORDER TO SHOW CAUSE - 1

The Clerk of Court is directed to note this "Order to Show Cause" on the Court's calendar for Friday, August 17, 2018.

Dated this 8th day of August, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2