UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INGE T. ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTT ALAN ANDERSON,<br><br>        Defendant. | NO. C17-0891RSL<br><br>ORDER GRANTING LEAVE TO AMEND |

This matter comes before the Court on plaintiff's unopposed "Motion for Leave to File First Amended Complaint." Dkt. # 27. The motion is GRANTED. The amended complaint filed on August 7, 2018, is now the operative pleading in this litigation. Defendant has fourteen days from the date of this Order to respond to the amended complaint.

Dated this 18th day of September, 2018.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO AMEND - 1