# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INGE T. ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT ALAN ANDERSON,<br><br>    Defendant. | NO. C17-0891RSL<br><br>ORDER EXTENDING DISCOVERY DEADLINE |

This matter comes before the Court on plaintiff's unopposed "Motion to Extent [sic] Time for Defendant to Answer Plaintiffs [sic] Discovery." Dkt. # 36. The motion is GRANTED. The discovery deadline is hereby extended to November 6, 2018. All other case management deadlines remain unchanged.

Dated this 24th day of October, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING DISCOVERY
DEADLINE - 1