UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INGE T. ANDERSON,

    Plaintiff,

    v.

SCOTT ALAN ANDERSON,

    Defendant.

NO. C17-0891RSL

ORDER DENYING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S DEPOSITION

This matter comes before the Court on defendant's "Motion to Compel Plaintiff to Attend Properly Schedule[d] Deposition Under CR 37 and to Provide Requested Documents." Dkt. # 79. On November 28, 2018, the Court extended the discovery deadline in this matter because the parties had not been diligent and were "woefully unprepared to proceed to the merits of the case, mired as they are in discovery disputes." Dkt. # 63 at 2-3. The parties were ordered to meet and confer in order to find a mutually acceptable date for plaintiff's deposition, which was to occur on or before December 28, 2018. If a dispute arose, it was to be the subject of "meaningful, substantive discussions between the parties in an effort to resolve the dispute without Court intervention." If a discovery-related motion was deemed necessary, it had to be noted on the Court's calendar for consideration no later than Friday, January 25, 2019. Dkt. # 63 at 3.

ORDER DENYING DEFENDANT'S MOTION
TO COMPEL PLAINTIFF'S DEPOSITION - 1

Defendant's motion to compel plaintiff's deposition is untimely, and good cause has not been shown for an extension of either the deposition or discovery-related motion deadlines. The motion to compel is therefore DENIED.

Dated this 25th day of March, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
TO COMPEL PLAINTIFF'S DEPOSITION - 2