UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INGE T. ANDERSON<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTT ALAN ANDERSON,<br><br>    Defendant. | NO. C17-891RSL<br><br>ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MICHELLE L. PETERSON AS SETTLEMENT JUDGE |

The Court has appointed United States Magistrate Judge Michelle L. Peterson to act as settlement judge in this matter. Judge Peterson's In-Court Deputy, Tim Farrell, will contact the parties to schedule the conference.

DATED this 1st day of May, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MICHELLE L. PETERSON AS SETTLEMENT JUDGE- 1