UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INGE T. ANDERSON,<br><br>        Plaintiff,<br><br>     v.<br><br>SCOTT ALAN ANDERSON,<br><br>        Defendant. | NO. C17-0891RSL<br><br>ORDER DENYING MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL, AND/OR ADDITTUR |

This matter comes before the Court on "Plaintiff's Renewed Motion for Judgment as a Matter of Law, FRCP 50(b), Motion for New Trial, FRCP 59[,] and Motion for Addittur." Dkt. # 158. Having reviewed the record in this matter, having heard the evidence and arguments offered at trial, and having reviewed the parties' submissions,[1] the Court finds as follows:

The Court has no independent recollection of plaintiff making a Rule 50 motion at the close of defendant's case, nor do the minutes of the proceeding reflect such a motion. Regardless whether plaintiff seeks relief under Rule 50 or Rule 59, the Court declines to disturb the jury's verdict or to reconsider its prior orders. Any perceived abuse of discretion during discovery, error of law, error of fact, or improper conduct can be raised on appeal.

---

[1] Plaintiff's motion for leave to file an overlength memorandum (Dkt. # 159) is GRANTED.

ORDER DENYING MOTION FOR JUDGMENT
AS A MATTER OF LAW, NEW TRIAL,
AND/OR ADDITTUR - 1

Dated this 4th day of November, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR JUDGMENT
AS A MATTER OF LAW, NEW TRIAL,
AND/OR ADDITTUR - 2