UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INGE T. ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTT ALAN ANDERSON,<br><br>        Defendant. | NO. C17-0891RSL<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION FOR LEAVE TO FILE<br>OVERLENGTH BRIEF |

This matter comes before the Court on "Plaintiff's Motion to File [Overlength] Motion for Legal Fees." Dkt. # 168. The motion is GRANTED. Pursuant to LCR 7(f)(4), defendant is allowed an equal number of pages for his opposition and plaintiff's reply shall not exceed nine pages.

Dated this 21st day of November, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE
OVERLENGTH BRIEF- 1